IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY PLAN OF PHILADELPHIA AND VICINITY et al., Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| VINCENT GROSSO, Defendant. | : : | No. 07-5013 |

### ORDER

AND NOW, this **6th** day of **August, 2009**, upon consideration of Plaintiffs' Amended Motion for Default Judgment, Plaintiffs' Motion for Default and the exhibits filed with those motions, and for the reasons set forth in this Court's August 6, 2009 Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion (Document No. 15) is **GRANTED** as follows:

1. Default Judgment is entered in favor of the Plaintiffs Carpenters Pension and Annuity Plan of Philadelphia and Vicinity (Pension Plan) and Piotr Tonia and against Defendant Vincent Grosso in the amount of $254,151.41.

2. Plaintiffs are awarded $36,874.50 in attorneys' fees and $1,348.91 in costs.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**